IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROGELIO SALAICES-ARENALES,**

**Defendant.**                                              No. 06-CR-300167-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the United States of America's motion to extend time to respond to Defendant's objection to Presentence Investigation Report (Doc. 239). Said motion is **GRANTED**. The Court **ALLOWS** the Government up to and including November 21, 2007 to respond.

**IT IS SO ORDERED.**

Signed this 16th day of November, 2007.

/s/      DavidRHerndon
Chief Judge
United States District Court